IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-43

| | |
|---|---|
| JOHANNA NELSON,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT HILL,<br>ELVENIA BARNETT, and<br>KLUTTS PROPERTY<br>MANAGEMENT, INC,<br><br>        Defendants. | NOTICE OF VOLUNTARY DISMISSAL<br><br>F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Johanna Nelson, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the defendants, Robert Hill, Elvenia Barnett, and Klutts Property Management, Inc. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

                                          **/s/ V. Hope Williams**
                                          V. HOPE WILLIAMS
                                          NC State Bar No. 37232
                                          Legal Aid of North Carolina Fair Housing Project
                                          2101 Angier Avenue, Suite 300
                                          Durham, North Carolina 27703
                                          Telephone: (919) 226-5920
                                          Email: HopeW@legalaidnc.org
                                          *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that I have this day caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** in the foregoing civil action to be sent via the Court's Electronic Case Filing (CM/ECF) to the following:

            Morris F. McAdoo
            McAdoo & Lorick, PLLC
            122 North McDowell Street
            Charlotte, NC 28204
            Telephone: (888) 235-5550
            Email: mfmcadoo@mcadoolorick.com
            *Attorney for Defendants Robert Hill, Elvenia Barnett, and Klutts Property Management, Inc.*

Respectfully submitted, this the 25th day of May 2022.

            **/s/ V. Hope Williams**
            V. HOPE WILLIAMS
            Legal Aid of North Carolina
            2101 Angier Avenue, Suite 300
            Durham, North Carolina 27703
            Telephone: (919) 226-5920
            Email: HopeW@legalaidnc.org
            *Attorney for Plaintiff*